■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DANIEL QUINONES, Respondent. [643 NYS2d 96]

After the trial court granted defendant's motion to dismiss the count charging him with criminal possession of a controlled substance in the first degree based on his argument that the prosecution did not prove his knowledge of the weight of the drugs he was convicted of possessing (*People v Ryan*, 82 NY2d 497), the Court of Appeals determined that such an argument must be preserved for review as a matter of law by specific objection or a motion to dismiss at the close of evidence specifically directed to the alleged error (*People v Gray*, 86 NY2d 10, 19-20). Since no such objection or motion was made in this case, we reverse the court's order setting aside the verdict which found defendant guilty of criminal possession of a controlled substance in the first degree (*see*, CPL 330.30 [1]). We note that any review of defendant's argument in the interest of justice must await a possible future appeal by the defendant

after sentencing *(People v Colon*, 65 NY2d 888, 890). Concur—Milonas, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.